TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Zeng Yan Liu,<br><br>                    Petitioner,<br><br>          v.<br><br>John Mattos, NSDC Warden; Michael Bernacke, Field Director, Salt Lake City Field Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem DHS Secretary; Pam Bondi, U.S. Attorney General,<br><br>                    Respondents. | Case No. 2:26-cv-00161-APG-EJY<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 8) and Motion for Preliminary Injunction (ECF No. 12)**<br><br>**(First Request)** |

Petitioner Zeng Yan Liu ("Petitioner") and Federal Respondents Michale Bernacke, Todd Lyons, Kristi Noem and Pamela Bondi ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 5 and Motion for Preliminary Injunction ("Motion"), ECF No. 12. On January 27, 2026, this Court ordered the Federal Respondents to file a response to the Petition within 14 days of the date of the Order. ECF No. 3. At present Federal Respondents' response to the Petition is February 10, 2026. On February 10, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Petition and Motion. Petitioner's counsel agreed to a three-day extension, extending the deadline to February 13, 2026. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition and Motion from February 10, 2026, to February 13, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 10th day of February 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Brooke Dobbins
BROOKE DOBBINS
Assistant Federal Public Defender
California State Bar No. 319741
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Brooke_Dobbins@fd.org
Attorneys for Petitioner

/s/ Martin J. Mayer
MARTIN J. MAYER
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:**  February 11, 2026
_____

2