**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ZENG YAN LIU,

    Petitioner

v.

JOHN MATTOS, et al.,

    Defendants

Case No.: 2:26-cv-00161-APG-EJY

**Order**

    I ORDER the respondents to respond to the renewed motion for preliminary injunction (ECF No. 23) by May 6, 2026.  Petitioner may file a reply by May 8, 2026.

    DATED this 29th day of April, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE