**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ZENG YAN LIU,

    Petitioner

v.

JOHN MATTOS, et al.,

    Defendants

Case No.: 2:26-cv-00161-APG-EJY

**Order**

[ECF No. 29]

I previously ordered the respondents to release Zeng Yan Liu from custody and prohibited them from re-detaining Liu absent proof of changed circumstances making his removal reasonably foreseeable and without first following any required statutory procedures. ECF No. 27 at 3. Despite that order, the respondents detained Liu this morning and have not notified him or his counsel of any changed circumstances. ECF No. 29.

I THEREFORE ORDER the federal respondents (not including John Mattos) to show cause why they have detained Liu and why he should not be immediately released. Their response to this order is due by **5:00 p.m. PDT on Tuesday June 16, 2026**. Liu may file a reply to that response by noon on Wednesday June 17.

I FURTHER ORDER that the respondents are prohibited from removing Liu from the United States to China or any other country without further order of this court.

I FURTHER ORDER the respondents to timely and properly provide Liu all of his necessary medication while he remains in custody.

DATED this 15th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE