**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ZENG YAN LIU,

Petitioner

v.

JOHN MATTOS, et al.,

Defendants

Case No.: 2:26-cv-00161-APG-EJY

**Order (1) for Status Report and (2) to Show Cause Why Respondents Should Not Be Held in Contempt**

I previously ordered the respondents to release Zeng Yan Liu from custody and prohibited them from re-detaining Liu absent proof of changed circumstances making his removal reasonably foreseeable and without first following any required statutory procedures. ECF No. 27 at 3. Despite that order, the respondents detained Liu in Philadelphia, Pennsylvania, and moved him to a detention facility in Louisiana. ECF Nos. 29-32. That prompted Liu to file an emergency motion to enforce my order that he not be re-detained absent proof of changed circumstances. ECF No. 29. I ordered the respondents to return Liu to Philadelphia, Pennsylvania by Thursday, June 18, 2026 and to release him from custody in Philadelphia by 5:00 p.m. EDT that day. On June 18, Liu filed a notice advising that he had not been released and indeed was still detained in Louisiana as of 4:45 p.m. that day. ECF No. 36.

I THEREFORE ORDER that by **Tuesday, June 23, 2026 at 12:00 noon PDT**, the respondents must file a status report as to Mr. Liu's location and detention status.

I FURTHER ORDER that, by **Wednesday June 24, 2026**, the respondents must show cause why they should not be held in contempt of court for failing to comply with my order.

DATED this 22nd day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE