Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Brooke Dobbins
Assistant Federal Public Defender
California State Bar No. 319741
*Ron Sung
Assistant Federal Public Defender
Nevada Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Brooke_Dobbins@fd.org
Ron_Sung@fd.org

*Attorney for Petitioner Zeng Yan Liu

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Zeng Yan Liu,

Petitioner,

v.

John Mattos, NSDC Warden; Michael Bernacke, Field Director, Salt Lake City Field Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem DHS Secretary; Pam Bondi, U.S. Attorney General

Respondents.

Case No. 2:26-cv-00161-APG-EJY

**Joint Stipulation for Dismissal**

Pursuant to the Court's order during the July 14, 2026, status hearing, the parties file the instant stipulation for dismissal. Petitioner Zeng Yan Liu reported to the ICE field office in Philadelphia, Pennsylvania on July 15, 2026, and completed an ICE Form I-210. On July 27, 2026, Mr. Liu's daughter advised undersigned counsel that Mr. Liu departed the U.S. on his scheduled flight to China that day.

In light of Mr. Liu's departure to China, the parties file the instant stipulation to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated July 29, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

Rene L. Valladares
Federal Public Defender

*/s/ Brooke Dobbins*
Brooke Dobbins
Assistant Federal Public Defender

*/s/ Ron Sung*
Ron Sung
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: July 30, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE